# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

==================
## NO. 03-05-00480-CV
==================

**Antique Outlet Centers, LLC and Scott Gregson
d/b/a Gregson's Antiques, Appellants**

**v.**

**Carol M. Williams, Appellee**

===================================================================
### FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT
### NO. 04-1164, HONORABLE GARY L. STEEL, JUDGE PRESIDING
===================================================================

### M E M O R A N D U M   O P I N I O N

Appellants Antique Outlet Centers, LLC and Scott Gregson d/b/a Gregson's Antiques and appellee Carol M. Williams filed an agreed motion to dismiss this appeal, stating that the parties have reached a settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). As part of their settlement agreement, the parties have requested that this Court set aside the default judgment of the trial court and remand the case to the district court for a new trial on the merits. *See id*. We grant the motion, set aside the default judgment, and remand the case to the district court for a new trial.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Agreed Motion

Filed:  December 23, 2005